IUNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Anthony Pennick and Amy Pennick

Debtor(s).

Case No. 16-11604
Chapter 13

## STIPULATION TERMINATING LOSS MITIGATION

Pursuant to the Loss Mitigation Program Procedures, the Loss Mitigation Parties agree

and consent to the termination of Loss Mitigation prior to a Settlement. Concurrently with the

filing of this Stipulation, the party that requested Loss Mitigation shall upload an Order

Terminating Loss Mitigation and Final Report via the court's E-Order system.

Dated: 5/13/17

Name Michael L. Boyle
Firm Tully Rinckey PLLC
Attorney for Debtor(s)
Address 441 New Karner Rd. Albany, NY 12205
Telephone number 518-218-7900
Email Address MBoyle@tullylegal.com
N.D.N.Y. Bar Roll Identification No. 519211

Dated: 5/15/2017

Name Charles A. Higgs
Firm McCabe, Weisberg & Conway, P.C.
Attorney(s) for Creditor HSBC Bank USA, N.A.
Address 145 Huguenot Street, New Rochelle, NY 10801
Telephone number (914) 636-8900
Email Address CHiggs@mwc-law.com
N.D.N.Y. Bar Roll Identification No. 516706

1