UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

Anthony Pennick and Amy Pennick,                    Chapter 13
                                                    Case No. 16-11604
            Debtor.

---

### DEBTOR'S EX PARTE MOTION TO DISMISS CASE
### PURSUANT TO 11 U.S.C. § 1307(b)

Anthony Pennick and Amy Pennick, the debtors herein (hereinafter the "Debtor"), by and through their attorneys, Tully Rinckey, PLLC (Michael L. Boyle, of counsel) hereby move this Court for dismissal of their Chapter 13 case pursuant to 11 U.S.C. § 1307(b) and in support thereof, the Debtors respectfully show the Court as follows:

1. The Debtors commenced this Chapter 13 Bankruptcy case by filing a voluntary petition for relief under Chapter 13 of Tile 11 of the United States Code on August 31, 2016.

2. This case has not been converted under section 706, 1112 or 1208.

3. The Debtors desire to dismiss this Chapter 13 case.

WHEREFORE, the Debtors respectfully requests that this Court issue an order dismissing this Chapter 13 case and granting the Debtors such other and further relief as the Court may deem just and proper.

DATED:   May 26, 2017
         Albany, New York                          TULLY RINCKEY PLLC

                                                   _____
                                                   Michael L. Boyle (BR# 519211)
                                                   441 New Karner Rd.
                                                   Albany, NY 12205
                                                   518-218-7100
                                                   mboyle@1888law4life.com