So Ordered.

Signed this 5 day of June, 2017.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In Re:

ANTHONY PENNICK AND AMY PENNICK,

                                                  Chapter 13
                                                  Case No. 16-11604

                           Debtor.

_____

### **ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 1307(b)**

The Debtors, Anthony Pennick and Amy Pennick, having moved this Court for the dismissal of their Chapter 13 case pursuant to 11 U.S.C. § 1307(b); and

Upon it appearing that this case has not been converted under section 706, 1112 or 1208; it is hereby

**ORDERED** that this Chapter 13 case be, and the same hereby is, dismissed.

###